People of State of Illinois ex rel. James Roach et al.,
Appellees, v. Robert J. Dunham, President Chi-
cago Park District et al., Appellants.

Gen. No. 43,366.

opinion filed
April 11, 1946; released for publication May 16, 1946. John O. Rees, for
appellants; Martin G. Loeff, of counsel; Marvin J. Bas, for appellees.
Opinion by JUSTICE SULLIVAN. Not to be published in full.